**FILED**

IN THE COURT OF THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF WEST VIRGINIA

OCT 01 2025

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

Tasha Pack

vs

United States

2:25cv25 (Klech + Aloi)

## COMPLAINT

I, Tasha Pack, would submit this complaint before the court for judgment. I wish to terminate my United States citizenship. I have committed an expatriating act with the intent of relinquishing United States citizenship, as outlined in 8 USCS§ 1481-87 Specifically, I have advocated for, and professed the necessity of, acts of insurrection against the government of the Unites States. I informed the U.S. Department of State of this by mail, but received no information on how to proceed with my expatriation. As such, I am initiating this action in attempt to secure the termination of my citizenship status. I have no desire to remain in, or return to, the United States.

## RELIEF REQUESTED

I would request that my United States citizenship be terminated and I be referred to an immigration court for removal proceedings.

Respectfully Submitted,

Tasha Pack

NOTE: My current legal name is Hayden Pack, but I am a transgender female and have identified myself by the name Tasha and by she/her pronouns for several years.