**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**ELKINS**

**TASHA PACK,**

**Plaintiff,**

**v.** **Civil Action No. 2:25-CV-25**
**(JUDGE KLEEH)**

**UNITED STATES OF AMERICA,**

**Defendant.**

**ORDER TO SHOW CAUSE**

This matter has been referred to the undersigned United States Magistrate Judge pursuant to a Referral Order [ECF No. 6] entered by the Hon. Thomas S. Kleeh, Chief United States District Judge, on October 2, 2025. By the Referral Order, Chief Judge Kleeh directed the undersigned to enter orders or reports and recommendations, as appropriate, and to dispose of other matters herein.

Tasha Pack ("Plaintiff") filed the Complaint [ECF No. 1] herein on October 1, 2025. Plaintiff also filed a Consent to Collection of Fees from Trust Account. [ECF No. 2]. However, Plaintiff did not file the requisite Application To Proceed Without Prepayment of Fees and Affidavit ("Application").

On October 6, 2025, the undersigned directed Plaintiff to either pay the required filing fee or file the Application to proceed *in forma pauperis*. [ECF No. 7].

On October 27, 2025, Plaintiff filed her *pro se* Motion to Proceed *in forma pauperis* [ECF No 12] and a Pro Se Motion to Extend Deadline for Part of *in forma pauperis* Form. [ECF No. 11]. Regarding the requested extension, she is still, "waiting for a ledger of inmate account transactions." Id. On October 29, 2025, the Court granted the request, and provided Plaintiff with

a 30- day extension to file the applicable forms regarding her request to proceed *in forma pauperis*. [ECF No. 13].

Accordingly, with said deadline having passed and no ledger of inmate transactions filed, it is hereby **ORDERED** that Plaintiff shall show cause within **sixty (60) days of the date of this Order** as to why this matter should not be dismissed, without prejudice, for failure to prosecute.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to the *pro se* Plaintiff by certified mail, return receipt requested, to the last known address as reflected on the docket sheet.

DATED: December 4, 2025

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE