In the United States District Court for the Northern District of West Virginia

Tasha Pack
v.
United States of America

Civil Action no. 2:25-CV-25
Judge Kleeh

FILED
MAR 27 2026
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Response to order to Show Cause

Today, March 23, I received the court's order to show cause dated ~~December~~ March 19, 2026. I was unaware of the court's earlier December 18 order to provide properly-issued summons. I was informed by mail room staff at the prison that they have been refusing my mail from the court because it was addressed to Tasha Pack and not my legal name as in their records. I was told to make sure the court includes my legal name in the address or they will again refuse to deliver my legal mail. As such, I must request the court please address future correspondence to Tasha Pack (Hayden Pack) #3670801 so my mail will be delivered.

In regards to proper summons, I am unsure of how to issue summons in this case. I would ask that the court provide instruction.

Respectfully,
Tasha Pack

[signature]

Tasha Pack (Hayden Pack) #3670901
Huttonsville Correctional Ctr.
P.O. Box 1
Huttonsville, WV 26273